UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEVENDRA SHUKLA,                                                           07-CV-2972 (CBA) (CLP)

                    Plaintiff,

  - against -                                                                         DECLARATION OF
                                                                        SANJAY CHAUBEY, ESQ. IN
SAT PRAKASH SHARMA, individually                                  SUPPORT OF
and as Director of VISHVA SEVA                                          MEMORANDUM OF
ASHRAM OF NEW YORK, GEETA                                         LAW IN OPPOSITION TO
SHARMA, individually and as Director of                            DEFENDANTS' MOTION
VISHVA SEVA ASHRAM OF NEW YORK,                          TO DISMISS AND
VISHVA SEVA ASHRAM OF                                                 MOTION FOR
NEW YORK D/B/A SARVA DEV                                          SUMMARY JUDGMENT
MANDIR,

                    Defendants
------------------------------------------------------------X

      I, **SANJAY CHAUBEY, ESQ.** hereby declare as follows:

1. I am the attorney for Plaintiff, Devendra Shukla. I respectfully submit this Declaration in support of the Memorandum in Opposition to Defendants' Motion to Dismiss and Motion for Summary Judgment.

2. Attached as Exhibit A is a copy of the Visha Seva Ashram's Exempt Organization Certificate.

3. Attached as Exhibit B is a copy of the status information of Visha Seva Ashram from the NYS Department of State Division of Corporations' website showing corporation as Domestic Business Corporation (FOR PROFIT CORP.).

4. Attached as Exhibit C is a copy of Defendant Geeta Sharma's letter to the Immigration and Naturalization Service describing the Plaintiff's duties at the

Ashram.

5. Attached as Exhibit D is a copy of Defendant Geeta Sharma's letter to the U.S. Embassy regarding Plaintiff's R-1 Visa Request.

6. Attached as Exhibit E is a copy of Plaintiff's R Visa.

7. Attached as Exhibit F is a copy of the Incident Information Slip filed with the 115th Precinct.

8. Attached as Exhibit G is a copy of the Affidavit of Devendra Shukla, Plaintiff.

9. Attached as Exhibit H-1 is a copy of the Deposition of Sat Prakash Sharma on August 19, 2008.

10. Attached as Exhibit H-2 is a copy of the Deposition of Sat Prakash Sharma on August 20, 2008.

11. Attached as Exhibit H-3 is a copy of the Deposition of Geeta Sharma on August 20, 2008.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2009

                                                  /s/ Sanjay Chaubey, Esq.
                                                  Sanjay Chaubey (SC-3241)