UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEVENDRA SHUKLA,

                        Plaintiff,

  -against-

SAT PRAKASH SHARMA, individually,
and as Director of VISHA SEVA ASHRAM,
of New York, et al.,

                    Defendants.
------------------------------------------------------------------X

JUDGMENT
07-CV-2972 (CBA)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ SEP 30 2009 ★

P.M. _____
TIME A.M. _____

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 29, 2009, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated August 21, 2009, after a <u>de novo</u> review of the record; granting defendants' motion for summary judgment except as to the two claims arising under the TVPA; granting defendants' motion for attorney's fees as sanctions for the spoliation of evidence; and denying plaintiff's motion to delay consideration of defendants' motion to allow for further discovery; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; that defendants' motion for summary judgment is granted except as to the two claims arising under the TVPA; that defendants' motion for attorney's fees is granted as sanctions for the spoliation of evidence; and that plaintiff's motion to delay consideration of defendants' motion to allow for further discovery is denied.

Dated: Brooklyn, New York
       September 30, 2009

                                                        Robert C. Heinemann
                                                        Clerk of Court

                                                 By: _____
                                                         Terry Vaughn
                                                         Chief Deputy of
                                                         Court Operations