UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVENDRA SHUKLA,<br><br>　　　　　　　　　Plaintiff,<br><br>- *against* -<br><br>SAT PRAKASH SHARMA, individually and as Director of VISHVA SEVA ASHRAM OF NEW YORK, GEETA SHARMA, individually and as Director of VISHVA SEVA ASHRAM OF NEW YORK, VISHVA SEVA ASHRAM OF NEW YORK D/B/A SARVA DEV MANDIR,<br><br>　　　　　　　　　Defendants. | 07-CV-02972 (CBA) (CLP)<br><br><br><br>NOTICE OF APPEAL |

　　　NOTICE is hereby given that Defendants Sat Prakash Sharma, individually and as Director of Vishva Seva Ashram of New York, and Geeta Sharma, individually and as Director of Vishva Seva Ashram of New York, and Vishva Seva Ashram of New York d/b/a Sarva Dev Mandir, hereby appeal to the United States Court of Appeals for the Second Circuit from United States District Judge Amon's decision adopting Magistrate Pollack's Order granting partial summary judgment on Defendants' motion and denying summary judgment as to two claims arising under the Victims of Trafficking and Violence Protection Act of 2000, entered in this action on the 29th day of September 2009.

Dated: New York, New York
October 28, 2009

　　　　　　　　　　　　　　　　　　LAW OFFICES OF DAN BRECHER

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Dan Brecher (DB-5308)
　　　　　　　　　　　　　　　　　　99 Park Avenue, 16th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　(212) 286-0747