COURT EXHIBIT

2

d+f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DEVENDRA SHUKLA,

                               Plaintiff,                  VERDICT SHEET
                                                             07-CV-2972 (CBA)

     -against-

SAT PRAKASH SHARMA, individually
and as director of Vishva Seva Ashram of
New York, GEETA SHARMA, individually
and as director of Vishva Seva Ashram of
New York, VISHVA SEVA ASHRAM OF
NEW YORK, d/b/a Sarva Dev Mandir,

                               Defendants.
--------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE

**A. Forced Labor**

1. Has plaintiff, DEVENDRA SHUKLA, established by a preponderance of the evidence that the defendant knowingly obtained the labor or services of the plaintiff by threats of serious harm to the plaintiff or another person; by means of the threatened abuse of law or legal process; or by means of any scheme, plan, or pattern intended to cause the plaintiff to believe that, if he did not perform such labor or services, the plaintiff or another person would suffer serious harm?

    Sat Prakash Sharma                __✓__ YES                _____NO

    Geeta Sharma                          __✓__ YES                _____NO

    Vishva Seva Ashram of New York   __✓__ YES                _____NO

**IF YOU ANSWER YES TO QUESTION NUMBER ONE WITH RESPECT TO ONE OR MORE DEFENDANTS, PROCEED TO QUESTIONS TWO THROUGH FOUR. IF YOU ANSWER NO TO QUESTION NUMBER ONE WITH RESPECT TO ALL OF THE DEFENDANTS, PROCEED TO QUESTION FIVE.**

**B. Damages for Forced Labor**

*Compensatory Damages*

2. If you answered YES to Question No. 1 with respect to one or more defendants, state the total,

cumulative amount of compensatory damages, if any, that you award to plaintiff on this claim.

$ 250,000.00

*Nominal Damages*

3. If you answered YES to Question No. 1 with respect to one or more defendants but did not award compensatory damages in Question No. 2, please state the amount of nominal damages that you award to plaintiff, not to exceed one dollar.

$_____

*Punitive Damages*

4. If you answered YES to Question No. 1 with respect to one or more defendants, please state whether you will award punitive damages against any of the defendants on this claim.

_____ YES        ✓ NO

**IF YOUR ANSWER IS "YES," PLEASE INDICATE IN THE SPACE PROVIDED THE AMOUNT OF PUNITIVE DAMAGES AS TO THOSE DEFENDANTS FOR WHOM YOU ANSWERED "YES" ON QUESTION ONE.**

Sat Prakash Sharma              $_____

Geeta Sharma                    $_____

Vishva Seva Ashram of New York  $_____

## C. Trafficking

5. Has plaintiff, DEVENDRA SHUKLA, established by a preponderance of the evidence that the defendant knowingly harbored by any means, any person for involuntary servitude or forced labor?

Sat Prakash Sharma              ✓ YES        _____ NO

Geeta Sharma                    ✓ YES        _____ NO

Vishva Seva Ashram of New York  ✓ YES        _____ NO

**IF YOU ANSWER YES TO QUESTION NUMBER FIVE WITH RESPECT TO ONE OR MORE DEFENDANTS, PROCEED TO QUESTIONS SIX THROUGH EIGHT. IF YOU ANSWER NO QUESTION FIVE WITH RESPECT TO ALL OF THE DEFENDANTS, PROCEED TO QUESTION NINE**

### D. Damages for Trafficking

*Compensatory Damages*

6. If you answered YES to Question No. 5 with respect to one or more defendants, state the total, cumulative amount of compensatory damages, if any, that you award to plaintiff on this claim.

$ __750,000.00__

*Nominal Damages*

7. If you answered YES to Question No. 5 with respect to one or more defendants but did not award compensatory damages in Question No. 6, please state the amount of nominal damages for which defendant is liable on this claim, not to exceed one dollar.

$ _____

*Punitive Damages*

8. If you answered YES to Question No. 5, please state whether you will award punitive damages against any of the defendants on this claim.

__✓__ YES     _____ NO

**IF YOUR ANSWER IS "YES," PLEASE INDICATE IN THE SPACE PROVIDED THE AMOUNT OF PUNITIVE DAMAGES AS TO THOSE DEFENDANTS FOR WHOM YOU ANSWER "YES" ON QUESTION FIVE.**

Sat Prakash Sharma            $ __750,000.00__

Geeta Sharma                  $ __750,000.00__

Vishva Seva Ashram of New York  $ __1,000,000.00__

### Counterclaims

### E. Libel - Sat Prakash Sharma

9. Has defendant, SAT PRAKASH SHARMA, established by a preponderance of the evidence that plaintiff DEVENDRA SHUKLA, libeled him?

__✓__ YES     _____ NO

**IF YOU ANSWER YES TO QUESTION NUMBER NINE, PROCEED TO QUESTIONS TEN AND ELEVEN. IF YOU ANSWER NO TO QUESTION NUMBER NINE, PROCEED TO QUESTION TWELVE.**

### F. Damages for Libel - Sat Prakash Sharma

*Compensatory Damages*

10. If you answered YES to Question No. 9, state the total, cumulative amount of compensatory damages, if any, that you award to the defendant SAT PRAKASH SHARMA on this claim.

$ __300,000.00__

*Punitive Damages*

11. If you answered YES to Question No. 9, state the total, cumulative amount of punitive damages, if any, that you award to the defendant SAT PRAKASH SHARMA on this claim.

$ __0.00__

### G. Libel - Geeta Sharma

12. Has defendant, GEETA SHARMA, established by a preponderance of the evidence that plaintiff DEVENDRA SHUKLA, libeled her?

__✓__ YES          _____ NO

**IF YOU ANSWER YES TO QUESTION NUMBER TWELVE, PROCEED TO QUESTIONS THIRTEEN AND FOURTEEN. IF YOU ANSWER NO TO QUESTION NUMBER TWELVE, PROCEED TO QUESTION FIFTEEN.**

### H. Damages for Libel - Geeta Sharma

*Compensatory Damages*

13. If you answered YES to Question No. 12, state the total, cumulative amount of compensatory damages, if any, that you award to the defendant GEETA SHARMA on this claim.

$ __150,000.00__

-Cont.-

*Punitive Damages*

14. If you answered YES to Question No. 12, state the total, cumulative amount of punitive damages, if any, that you award to the defendant GEETA SHARMA on this claim.

$ 0.00

**I. Libel - Vishva Seva Ashram of New York**

15. Has defendant, VISHVA SEVA ASHRAM OF NEW YORK, established by a preponderance of the evidence that plaintiff DEVENDRA SHUKLA, libeled it?

✓ YES          _____ NO

**IF YOU ANSWER YES TO QUESTION NUMBER FIFTEEN, PROCEED TO QUESTIONS SIXTEEN AND SEVENTEEN. IF YOU ANSWER NO TO QUESTION NUMBER FIFTEEN, PROCEED TO QUESTION EIGHTEEN.**

**J. Damages for Libel - Vishva Seva Ashram of New York**

*Compensatory Damages*

16. If you answered YES to Question No. 15, state the total, cumulative amount of compensatory damages, if any, that you award to the defendant VISHVA SEVA ASHRAM OF NEW YORK on this claim.



$ 50,000.00

*Punitive Damages*

17. If you answered YES to Question No. 15, state the total, cumulative amount of punitive damages, if any, that you award to the defendant VISHVA SEVA ASHRAM OF NEW YORK on this claim.

$ 0

**K. Conversion**

18. Has defendant, VISHVA SEVA ASHRAM OF NEW YORK (the "Temple") established by a preponderance of the evidence that plaintiff DEVENDRA SHUKLA, without authority, intentionally exercised control over the property of the temple and thereby interfered with the temple's right of possession in that property?

   a. Holy books          _____ YES          ✓ NO

|   |   |   |
|---|---|---|
| b. Statues of Hindu deities | _____YES | ✓ NO |
| c. Chains | _____YES | ✓ NO |
| d. Necklaces | _____YES | ✓ NO |

**IF YOU ANSWER NO TO QUESTION NUMBER EIGHTEEN WITH RESPECT TO EACH ITEM, YOU HAVE CONCLUDED YOUR DELIBERATIONS. PROCEED NO FURTHER. STOP AND REPORT YOUR VERDICT. IF YOU ANSWER YES TO QUESTION NUMBER EIGHTEEN WITH RESPECT TO ANY ITEM, PROCEED TO QUESTION NINETEEN**

**L. Damages for Conversion**

*Nominal Damages*

19. If you answered YES to Question No. 18 with respect to one or more items, please state the amount of nominal damages for which the plaintiff is liable on this claim, not to exceed one dollar.

    a. Holy books                  $_____

    b. Statues of Hindu deities    $_____

    c. Chains                      $_____

    d. Necklaces                   $_____

**PROCEED NO FURTHER. STOP AND REPORT YOUR VERDICT.**