# UNITED STATES DISTRICT COURT
for the

EASTERN District of NEW YORK

DEVENDRA SHUKLA )
Plaintiff )
v. )   Civil Action No.   CV07-2972 (CBA)
SAT PRAKASH SHARMA, et al. )
Defendant )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____

This action was *(check one)*:

☒ tried by a jury with Judge   CAROL BAGLEY AMON   presiding, and the jury has rendered a verdict.   (SEE ATTACHED CALENDAR SHEET)

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   12/30/2010

CLERK OF COURT

*Vanessa W Holley*
*Signature of Clerk or Deputy Clerk*

BEFORE: CAROL BAGLEY AMON        DATE: **December 15, 2010**

TIME:   **9:45-3:00**

REPORTER: **Anthony Frisolone**

## CIVIL CAUSE FOR JURY TRIAL

DOCKET #: **CV 07-2972**      CASE TITLE: **Shukla v. Sharma**

FOR PLAINTIFF: **Sanjay Chaubey, Esq.**     FOR DEFENDANT: **Krishnan Chittur, Esq.**
                                                                **Andrey Strutinskiy, Esq.**

✓ Case called.

✓ Counsel for all sides present.

_____ Hindi Interpreter sworn:

_____ Jurors sworn.

_____ Trial commenced.

_____ Trial continued to:

_____ Trial concluded.

_____ Other

✓ Deliberations continued (9:45 am).
✓ Deliberations concluded (3:00 pm).
✓ Findings:

**A. Forced Labor:** Jury found against dfts Sat Prakash Sharma, Geeta Sharma and Vishva Seva Ashram of New York .

**B. Damages for Forced Labor:** Jury found $250,000.00 in compensatory damages. Punitive Damages: not found by Jury.

**C. Trafficking:** Jury found against dfts Sat Prakash Sharma, Geeta Sharma and Vishva Seva Ashram of New York .


**D. Damages for Trafficking:**   Compensatory Damages: Jury found $750,000.00
Punitive Damages: found by Jury:

Sat Prakash Sharma: $750,000.00
Geeta Sharma:           $750,000.00
Vishva Seva Ashram of New York: $1,000,000.00

**E. Libel - Sat Prakash Sharma:**   Jury found that dft Sat Prakash Sharma established by a preponderance of the evidence that pltf Devendra Shukla libeled him

**F. Damages for Libel - Sat Prakash Sharma:**

Compensatory Damages: Jury found: $300,000.00
Punitive Damages: Not found by Jury

**G. Libel - Geeta Sharma:**   Jury found that dft Geeta Sharma established by a preponderance of the evidence that pltf Devendra Shukla libeled her

**H. Damages for Libel - Geeta Sharma:**   Jury found: $150,000.00
Punitive Damages: Not found by Jury

**I: Libel - Vishva Seva Ashram of New York:** Jury found that dft Vishva Seva Ashram of New York established by a preponderance of the evidence that pltf Devendra Shukla libeled it.

**J. Damages for Libel - Vishva Seva Ashram of New York:**
Compensatory Damages: Jury found $50,000.00
Punitive Damages: Not found by Jury

**K. Conversion:**   Jury found that dft Vishva Seva Ashram of New York did not establish by a preponderance of the evidence that pltf Devendra Shukla converted property at the temple