# Chittur & Associates, P.C.

Attorneys & Counselors at Law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com

1. Mr. Sat Prakash Sharma
   3545  71st Street
   Jackson Heights, NY 11372

2. Mrs.  Geeta Sharma
   3545  71st Street
   Jackson Heights, NY 11372

3. Vishva Seva Ashram of New York
   d/b/a Sarva Dev Mandir
   104-38 Corona Avenue
   Jackson Heights, New York

Re: *Shukla v. Sharma, et al,* Index No. CV 07 2972 (E.D.N.Y.)

Statement of Services Rendered (as of December 30, 2010)[1]

| | | |
|---|---|---:|
| 1. | Previous balance (per invoice of Nov 15, 2010). | $52,819.42 |
| 2. | Less Payment (Dec. 16, 2010) | ($5,000) |
| 3. | Outstanding balance | $47,819.42 |
| 4. | Interest on unpaid balance | $1434.58 |
| 5. | Professional services rendered per attached time-sheets | |
| | a.   K.  Chittur (142.4 hours @ $600 per hour =) | $85,440 |
| | b.   A. Strutinskiy (120.6 hours @ $350 per hour =) | $42,210 |

---

[1] Interest accrues on all outstanding balances at 2% per month, calculated on a per diem basis, if such balances remain unpaid seven days from date hereof.

```
Mr. & Mrs. Sharma & Veda Ashram                          December 31, 2010
Shukla v.  Sharma                                                   Page 2
```

6.   Expenses per attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,647.19

7.   Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $181,551.20
8.   BALANCE OUTSTANDING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $181,551.20[2]

(U.S. Dollars One Hundred Eighty One Thousand Five Hundred Fifty One and 20/00)

---

**PLEASE BE CONSIDERATE.  PAY PROMPTLY.**

                                                              Sd/-

                                                    Krishnan S.  Chittur, Esq.

---

[2] A 20% courtesy discount will be given on the entire <u>new</u> balance (i.e., excluding previous outstanding balance) if the entire amount is paid within 7 days from date hereof.  In that case, the discounted amount to be paid on or before January 7, 2011, is $153,657.20.