**United States District Court**
**Eastern District of New York**

────────────────────────────X
Devendra Shukla               :     07 CV 2972 (CBA) (CLP)
              Plaintiff,       :
     vs.                       :
                               :
Sat Prakash Sharma, Individually and as    :
Director of Vishva Seva Ashram of New      :
York, Geeta Sharma, individually and as    :
director of Vishva Seva Ashram of New      :
York, and Vishva Seva Ashram of New        :     **NOTICE OF MOTION**
York, D/B/A Sarva Dev Mandir               :
              Defendants.      :
────────────────────────────X

PLEASE TAKE NOTICE that upon the annexed Declaration of Krishnan S. Chittur, Esq., dated February 8, 2011, and all prior proceedings in this action, Chittur & Associates, P.C., will move this Court, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, before Hon. Carol B. Amon, Judge, for an Order requiring Defendants, jointly and severally, to pay Chittur & Associates, P.C., the sum of $179,237.57, or such other amount as may be appropriate, together with interest thereon at 2% per month from December 31, 2010, calculated on a per diem basis, and for such other and further relief as this Court may deem just, proper, and equitable.

Dated:   New York, New York          **Chittur & Associates, P.C.**
         February 8, 2011

                                     _____Sd/_____
                                     By:  Krishnan Chittur, Esq. (KC 9258)
                                     286 Madison Ave Suite 1100
                                     New York, NY 10017
                                     Tel: (212) 370-0447
                                     Fax: (212) 370-0465
                                     Email: kchittur@chittur.com