**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of August, two thousand and twelve,

---

Devendra Shukla,

Plaintiff - Counter Defendant - Appellee,

v.

Sat Prakash Sharma, Individually and as Director of Vishva Seva Ashram Of New York, Geeta Sharma, Individually and as Director of Vishva Seva Ashram Of New York, Vishva Seva Ashram Of New York, DBA Sarva Dev Mandir,

Defendants - Counter Claimants - Appellants,

Krishnan Chittur,

Defendant .

---

**AMENDED ORDER**
Docket Number: 12-1022

A notice of appeal was filed on March 16, 2012. The filing fee of $455.00 was due to be paid to the district court by March 30, 2012. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion were mailed to appellant at the beginning of the case. They are also available on the Court's website www.ca2.uscourts.gov.

**CORRECTED MANDATE ISSUED ON 08/20/2012**

  IT IS HEREBY ORDERED that the appeal is dismissed effective June 1, 2012 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

  For The Court:

  Catherine O'Hagan Wolfe,
  Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit