# THE BLANCH LAW FIRM *A Professional Corp.*

261 Madison Avenue, 12th Floor ● New York, New York 10016 ● Tel. 212.736.3900 ● Fax 212.736.3910

November 30, 2012

VIA ECF

Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

        Re:    <u>Shukla v. Sharma et al.</u>, Case No. 07-CV 2972 (CBA)

Your Honor:

      We are writing this letter pursuant to the Court's order that the parties in the above-referenced case provide an update by November 30, 2012.  Unfortunately, the parties have been unable to reach a settlement.  We respectfully request that the Court schedule a status conference.

      The Court's time and attention to this matter are greatly appreciated.  If the Court has any questions or concerns, please feel free to contact Richard M. Langweber, Esq., at 212-736-3938, or rlangweber@blanchpc.com.

                                  Respectfully submitted,

                                 <u>/s/ Edward J. McQuat</u>
                                  Edward J. McQuat, Esq.
                                  The Blanch Law Firm, P.C.
                                  261 Madison Ave., 12th Floor
                                  New York, NY 10016
                                  (212) 736-3939
                                  *Counsel for Defendants*

Cc: Krishnan Chittur, Esq. (via ECF); Sanjay Chaubey, Esq. (via ECF)