UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEVENDRA SHUKLA,                                   JUDGMENT
                                                                               07-CV- 2972 (CBA)
                           Plaintiff,

       -against-

SAT PRAKASH SHARMA, individually
and as Director of VISHA SEVA ASHRAM
of NEW YORK, GEETA SHARMA, individually
and as Director of VISHA SEVA ASHRAM of NEW
YORK, and VISHA SEVA ASHRAM Of NEW YORK
doing business as SARVA DEV MANDIR,

                               Defendants.
-------------------------------------------------------------------X

           A Memorandum and Order of Honorable Carol Bagley, United States District Judge, having been filed on January 4, 2013, directing the Clerk of Court to enter judgment against defendants and in favor of Chittur & Associates, P.C. in the amount of $179,615.82, plus interest at a rate of 2 percent per month on the total from January 7, 2011 until the date of entry of judgment, plus an additional $16,080.00 in attorney's fees for litigating this case, and post judgment interest pursuant to 28 U.S.C. § 1961; and the Clerk of Court having calculated interest of 2 percent per month on $179,615.82 from January 7, 2011 and the interest amount being $43,107.79; it is

           ORDERED and ADJUDGED that judgment is hereby entered in favor of Chittur & Associates, P.C. and against Defendants Sat Prakash Sharma, individually and as Director of

<u>JUDGMENT 07-CV- 2972 (CBA)</u>

Visha Seva Ashram of New York, Geeta Sharma, individually and as Director of Visha Seva Ashram of New York, and Visha Seva Ashram of New York doing business as Sarva Dev Mindir, jointly and severally, in the amount of $238,803.61.

| | |
|---|---|
| Dated: Brooklyn, New York<br>  January 04, 2013 | Douglas C. Palmer<br>Clerk of Court |
| | by: <u>/s/ *Michele Gapinski*</u><br>Michele Gapinski<br>Chief Deputy for<br>Court Operations |