# THE BLANCH LAW FIRM A Professional Corp.

261 Madison Avenue, 12th Floor ● New York, New York 10016 ● Tel. 212.736.3900 ● Fax 212.736.3910

January 28, 2013

VIA ECF

Honorable Carol B. Amon
Chief United States District Court Judge
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Shukla v. Sharma et. al., No. 07-CV-2972 (CBA) (CLP)

Dear Judge Amon:

    Our firm is counsel of record for defendants in the above-referenced matter. We are writing to inform the Court of the terms of settlement reached between the Plaintiff and Defendants in this case. Specifically, Plaintiff and Defendants have agreed to settle this matter for a total of $400,000.00, with $200,000.00 to be paid up front and the remaining $200,000.00 to be paid over five (5) years and secured by property of the Defendants. We have spoken with Sanjay Chaubey, Esq., counsel for the Plaintiff, and he consents to the filing of this letter.

    The Court's time and attention to this matter are greatly appreciated. Please do not hesitate to contact my associate, Richard M. Langweber, Esq., at (212) 736-3938 or rlangweber@blanchpc.com, with any questions, comments, or concerns.

                                                                                                   Sincerely,

                                                                      /s/ *Edward J. McQuat*
                                                              Edward J. McQuat, Esq.
                                                       The Blanch Law Firm, P.C.
                                                     261 Madison Ave., 12th Floor
                                                             New York, NY 10016
                                                                P: 212.736-3900
                                                                F: 212.736.3910
                                                            blfecf@blanchpc.com
                                                           *Counsel to Defendants*