UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DEVENDRA SHUKLA,

                Plaintiff,

-against-

SAT PRAKASH SHARMA, individually
and as Director of VISHVA SEVA ASHRAM
of NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 11 2013 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
07-CV-2972 (CBA) (CLP)

**AMON, Chief United States District Judge**

On January 28, 2013, counsel for defendants filed a letter to this Court on behalf of both parties representing that the parties have agreed to settle this matter "for a total of $400,000.00, with $200,000.00 to be paid up front and the remaining $200,000.00 to be paid over five (5) years and secured by property of the Defendants." (Settlement Letter, D.E. #196.) At a status conference on March 1, 2013, this Court informed the parties that it would enter judgment on this settlement amount absent any indication that a new agreement had been reached by Friday, March 8, 2013. The parties have not reached a new agreement; therefore, the Court hereby approves the settlement amount as set forth in the January 28, 2013 letter. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

Dated:   March 8, 2013
           Brooklyn, N.Y.

                                              s/Carol Bagley Amon
                                              Carol Bagley Amon
                                              Chief United States District Judge