UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEVENDRA SHUKLA,                                             JUDGMENT
                                                             07-CV- 2972 (CBA)
                Plaintiff,

   -against-

SAT PRAKASH SHARMA, individually
and as Director of Visha Seva Ashram
of New York, GEETA SHARMA, individually
and as Director of Visha Seva Ashram of
New York, and VISHA SEVA ASHRAM Of
NEW YORK doing business as SARVA DEV
MANDIR,

                Defendants.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 11, 2013, approving the settlement amount as set forth in the January 28, 2013 letter; and directing the Clerk of Court to enter judgment for a total of $400,000.00, with $200,000.00 to be paid up front and the remaining $200,000.00 to be paid over five (5) years and secured by property of the Defendants; it is

       ORDERED and ADJUDGED that the Court approves the settlement amount as set forth in the January 28, 2013 letter; and that judgment is hereby entered in favor of Plaintiff Devendra Shukla for a total of $400,000.00, with $200,000.00 to be paid up front and the remaining $200,000.00 to be paid over five (5) years and secured by property of the Defendants Sat Prakash Sharma, individually and as Director of Visha Seva Ashram of New York, Geeta Sharma, individually and as Director of Visha Seva Ashram of New York, and Visha Seva Ashram of New York doing business as Sarva Dev Mandir.

Dated: Brooklyn, New York                             Douglas C. Palmer
       March 11, 2013                                 Clerk of Court

                                                    by:
                                                         Michele Gapinski
                                                         Chief Deputy for
                                                        Court Operations