UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEVENDRA SHUKLA,

                    Plaintiff,

-against-                                  NOT FOR PUBLICATION
                                             ORDER
SAT PRAKASH SHARMA, individually       07-CV-2972 (CBA) (CLP)
and as Director of VISHVA SEVA ASHRAM
of NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------x
**AMON, Chief United States District Judge.**

      This Order addresses three outstanding applications by the parties regarding legal fees owed by defendants to their former counsel, Chittur & Associates ("Chittur"). At oral argument held on June 27, 2013, Chittur stated on the record that he would withdraw his motions to hold Sat Prakash Sharma and Vishva Seva Ashram in contempt for failing to comply with enforcement subpoenas and for sanctions. (D.E. # 210, 214, 219.)

      In a declaration filed on June 4, 2013, defendants requested leave to proceed through counsel with a motion to quash Chittur's subpoena (initially filed pro se by Sat Prakash Sharma, D.E. # 212) and a proposed motion to reconsider the fee judgment and requesting an order to stay execution of the judgment (notice of motion initially filed pro se by Geeta Sharma, D.E. # 217). On June 6, 2013, the Court issued an order directing defendants to submit a counseled memorandum of law in support of their motions by June 13, 2013. As defendants have failed to do so, the Court deems the motions withdrawn.

SO ORDERED.

Dated: July 10, 2013
       Brooklyn, N.Y.

                                                  s/Carol Bagley Amon
                                             Carol Bagley Amon
                                             Chief United States District Judge